Phil Brockett, OSB ID Number 02013
philbrockett@bendlegal.com
Phil Brockett
Attorney at Law
Private Mail Box 119
1288 SW Simpson Ave., Suite I
Bend, OR 97702-3196
Telephone No. (541)330-5881
Attorney for Plaintiff Graham

FILED '07 MAY 16 15:26 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| CALVIN W. GRAHAM, Plaintiff, vs. MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | Civil No. 06-6199-BR<br><br>ORDER FOR EAJA FEES |
|---|---|

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $ 6391.70 will be awarded to Plaintiff, payable to Plaintiff's attorney, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 15th day of May, 2007.

_____
UNITED STATES JUDGE ANNA J. BROWN

Presented by:


s/ Phil Brockett
PHIL BROCKETT
OSB # 02013
Attorney for Plaintiff